UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>APPLICATION OF<br>SATFINANCE INVESTMENT LIMITED<br>For an Order to Take Discovery<br>Pursuant to 28 U.S.C. § 1782. | Misc. Case No. ___ |

**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION
FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782**

This matter comes before the Court by an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "Application") filed by Applicant Satfinance Investment Limited. Having reviewed the Application and the Declaration of Derek J.T. Adler dated November 26, 2019 and the exhibits thereto, the Court is satisfied that the requested discovery is warranted pursuant to 28 U.S.C. § 1782, and the Court hereby ORDERS as follows:

1. The Application is GRANTED.

2. Applicant is authorized to issue and serve on Athena Art Finance Corp. ("Athena"), G. Andrea Danese and YieldStreet Inc. ("YieldStreet") subpoenas for the production of documents, in the form attached as Exhibits H, K and M to Mr. Adler's Declaration.

3. Applicant is authorized to serve on Athena interrogatories in the form attached as Exhibit I to Mr. Adler's Declaration.

4. Applicant is authorized to issue and serve on Athena, Mr. Danese and YieldStreet subpoenas for the taking of testimony via deposition, in the form attached as Exhibits J, L and N to Mr. Adler's Declaration.

5.   Athena, Mr. Danese and YieldStreet shall preserve documents and evidence, electronic or otherwise, in their possession, custody or control that contain information potentially relevant to the subject matter of Applicant's document request.

6.   The Court shall retain jurisdiction over the matter for the purpose of enforcement this Order, as appropriate, and assessing any supplemental request for discovery assistance by Applicant.

7.   A copy of this Order shall be served with each discovery demand.

SO ORDERED.

Dated: New York, New York
       _____ \_\_\_, 2019

_____
United States District Judge